# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JAA DOE,

                Plaintiff,

v.

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                Defendants.

Index No. _____

**SUMMONS WITH NOTICE**

Date Index No. Purchased: November 8, 2023

**TO THE ABOVE NAMED DEFENDANTS:**

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on the Plaintiff at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself) or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

**YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, judgment will be entered against you by default for the relief demanded below.

Dated:  November 8, 2023
         New York, New York

*[signature: Jeffrey R. Anderson]*

Jeffrey R. Anderson
Trusha Goffe
J. Michael Reck
Nahid A. Shaikh
**JEFF ANDERSON & ASSOCIATES, P.A.**
363 7th Avenue, 12th Floor
New York, NY 10001
Telephone: (646) 759-2551
Email: *jeff@ndersonadvocates.com*

1

Email: *trusha@andersonadvocates.com*
Email: *mreck@andersonadvocates.com*
Email: *nahid@andersonadvocates.com*

Attorneys for Plaintiff

Defendant(s)' Address:

**Neil Portnow**
12420 Deerbrook Lane
Los Angeles, CA 90049-1912

**National Academy of Recording Arts & Sciences, Inc.**
28 Liberty Street
New York, NY 10005

**NOTICE**: This is an action for Sexual Battery, Gender Motivated Violence Cause of Action pursuant to §10-1104, and Negligent Hiring, Supervision, Negligent Retention pursuant to the Adult Survivors Act, CPLR 214-j. Defendants' conduct caused Plaintiff to sustain serious and permanent personal injuries as a result of sexual assault in violation of Article 130 of the Penal Law. Plaintiff seeks judgment against Defendants in an amount that will fully and fairly compensate Plaintiff for Plaintiff's injuries and damages, and for any other relief the Court deems appropriate.

On your failure to answer or appear, a judgment will be entered for:

1. Monetary damages to Plaintiff in an amount to be determined at trial; and
2. Such other relief in favor of Plaintiff as the Court deems just and proper.

**VENUE**: Venue is proper under CPLR §503 as the county in which a substantial part of the events or omissions giving rise to the claim occurred.