# EXHIBIT P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAA DOE,

                Plaintiff,

v.

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                Defendants.

Civil Action No.:

---

## DEFENDANT NEIL PORTNOW'S CONSENT TO REMOVAL

Defendant Neil Portnow, through his undersigned counsel, consents to the removal of *JAA Doe* v. *Neil Portnow, et al.*, Index No. 952242/2023, currently pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

By filing this consent, Mr. Portnow intends no admission of fact, law, or liability, and does not waive and expressly reserves all defenses and objections in this action, including objections based on Plaintiff's failure to make service on Mr. Portnow.

Dated: New York, New York
         January 16, 2024

                                        MORVILLO ABRAMOWITZ GRAND
                                        IASON & ANELLO P.C.

                                        By: _____
                                               Edward M. Spiro
                                               Catherine M. Foti
                                               Abbe R. Ben-David
565 Fifth Avenue
New York, NY 10017
Tel: (212) 856-9600
espiro@maglaw.com
cfoti@maglaw.com
abendavid@maglaw.com

*Attorneys for Defendant Neil Portnow*