# EXHIBIT R

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JAA DOE,

        Plaintiff,

v.

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

        Defendants.

Index No. 952242/2023

## RESPONSE TO REQUEST FOR STATEMENT OF DAMAGES PURSUANT TO CPLR 3017(C)

Plaintiff, JAA Doe, by and through undersigned counsel, responds to Defendant, National Academy of Recording Arts & Sciences, Inc.'s, Request for Statement of Damages pursuant to C.P.L.R. 3017(c), as follows:

Plaintiff is entitled to $10,000,000 for past and future pain and suffering, loss of enjoyment of life and future medical expenses.

        /s/ Jeffrey R. Anderson
        Jeffrey R. Anderson
        Trusha Goffe
        J. Michael Reck
        Nahid A. Shaikh
        **JEFF ANDERSON & ASSOCIATES, P.A.**
        363 7th Avenue, 12th Floor
        New York, NY 10001
        Telephone: (646) 759-2551
        Email: *jeff@ndersonadvocates.com*
        Email: *trusha@andersonadvocates.com*
        Email: *mreck@andersonadvocates.com*
        Email: *nahid@andersonadvocates.com*

        *Attorneys for Plaintiff*