**PROSKAUER ROSE LLP**
Elise M. Bloom, Esq.
Michelle A. Annese, Esq.
Eleven Times Square
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
ebloom@proskauer.com
mannese@proskauer.com

Lexie R. Reynolds, Esq.
One International Place
Boston, MA 02110
Tel: 617.526.9600
Fax: 617.526.9899
areynolds@proskauer.com

*Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

JAA DOE,

                    Plaintiff,

       -against-

NEIL PORTNOW; NATIONAL ACDEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                    Defendants.
-----------------------------------------------------------x

1:24 Civ. 00345

**ECF CASE**

**CERTIFICATE OF SERVICE**

      I, Michelle A. Annese, certify and declare that on January 17, 2024, at approximately 3:00 PM, I served on counsel for Plaintiff JAA Doe by electronic filing, a true and correct copy of the Defendant National Academy of Recording Arts & Sciences, Inc. (the "Defendant")'s

Notice of Filing of Notice of Removal with Exhibit, filed with the Supreme Court of New York, County of New York, upon the New York County Courthouse, 60 Centre, New York, New York 10007. Said service was made by uploading one (1) PDF/A of each document to the New York State electronic filing system under the State Supreme Court Index No. 952242/2023 (Confirmation Notice attached).

      Further, on January 17, 2024, at approximately 4:00 PM, I caused to be served a copy of Defendant's Notice of Removal with Exhibits, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, and the Notice of Filing of Notice of Removal with Exhibit and on January 18, 2024, at approximately 1:45 PM, I caused to be served a copy of Defendant's corrected Civil Cover Sheet, United States District Judge Analisa Torres's Individual Practices in Civil Cases; United States Magistrate Judge Ona T. Wang's Individual Practices in Civil Case; and United States District Court, Southern District of New York Electronic Case Filing Rules and Instructions, all upon the following in the above-captioned matter via e-mail and overnight delivery[1]:

      Jeffrey R. Anderson
      Trusha Goffe (by email only)
      Mike Reck (by email only)
      Nahid A. Shaikh (by email only)
      JEFF ANDERSON & ASSOCIATES, P.A.
      363 7th Avenue, 12th Floor
      New York, NY 10001

      *Attorneys for Plaintiff*

---

[1] The parties have agreed to accept via electronic service.

Dated: New York, New York
       January 18, 2024　　　　　　　　　　　　Respectfully submitted,

                                                            */s/ Michelle A. Annese*
                                                             Elise M. Bloom
                                                             Michelle A. Annese
                                                             PROSKAUER ROSE LLP
                                                             Eleven Times Square
                                                             New York, New York 10036
                                                             Tel. 212.969.3000
                                                             Fax 212.969.2900
                                                             ebloom@proskauer.com
                                                             mannese@proskauer.com

                                                             Lexie R. Reynolds
                                                             PROSKAUER ROSE LLP
                                                             One International Place
                                                             Boston, MA 02110
                                                             Tel: 617.526.9600
                                                             Fax: 617.526.9899
                                                             areynolds@proskauer.com

                                                             *Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*

 

# NYSCEF Confirmation Notice
# New York County Supreme Court

The NYSCEF website has received an electronic filing on 01/17/2024 02:52 PM. Please keep this notice as a confirmation of this filing.

**952242/2023**
**JAA DOE v. NEIL PORTNOW et al**
**Assigned Judge: Dakota D. Ramseur**

## Documents Received on 01/17/2024 02:52 PM

| Doc # | Document Type |
|---|---|
| 18 | NOTICE OF REMOVAL / REMAND (POST RJI) |
| 19 | EXHIBIT(S) A |

## Filing User

Elise M Bloom | ebloom@proskauer.com | 212-969-3410
Eleven Times Square, New York, NY 10036

## E-mail Service Notifications

An email regarding this filing has been sent to the following on 01/17/2024 02:52 PM:

   JEFFREY R. ANDERSON - jeff@andersonadvocates.com
   MICHELLE A. ANNESE - mannese@proskauer.com
   ELISE M. Bloom - ebloom@proskauer.com
   TRUSHA P. GOFFE - trusha@andersonadvocates.com
   ALEXANDRA M. REYNOLDS - areynolds@proskauer.com

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

 

# NYSCEF Confirmation Notice
# New York County Supreme Court

**952242/2023**
**JAA DOE v. NEIL PORTNOW et al**
**Assigned Judge: Dakota D. Ramseur**

## Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Respondent | NEIL PORTNOW | No consent on record. |
| Respondent | DOES 1-5 whose identities are unknown to Plaintiff | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956    Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile