UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAA DOE,

                              Plaintiff,

                -against-

NEIL PORTNOW; NATIONAL ACADEMY OF
RECORDING ARTS & SCIENCES, INC.; and
DOES 1-5 whose identities are unknown to
Plaintiff,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/22/2024
```

24 Civ. 345 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 17, 2024, Defendants removed this action from Supreme Court, New York County.  ECF No. 1.  The Court has been advised that Plaintiff intends to contest removal. Accordingly:

1. By **February 12, 2024**, Plaintiff shall file her motion to remand;
2. By **February 26, 2024**, Defendants shall file their opposition papers;
3. By **March 4, 2024**, Plaintiff shall file her reply, if any.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

ANALISA TORRES
United States District Judge