UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAA DOE,

                    Plaintiff,                                    **NOTICE OF APPEARANCE**

          v.                                                     24 Civ. 345 (AT)

NEIL PORTNOW; NATIONAL ACADEMY OF
RECORDING ARTS & SCIENCES, INC.; and
DOES 1-5 whose identities are unknown to
Plaintiff,

                    Defendants.

          PLEASE TAKE NOTICE that Abbe R. Ben-David hereby appears as counsel for Defendant

Neil Portnow in the above-captioned action, certifies that she is admitted to practice before this

Court, and requests that copies of all papers be served upon the undersigned at the address and/or

email address set forth below.

Dated:  New York, New York
        January 29, 2024

                                        MORVILLO ABRAMOWITZ GRAND
                                        IASON & ANELLO P.C.

                                        By:    /s/ *Abbe R. Ben-David*
                                               Abbe R. Ben-David
                                        565 Fifth Avenue
                                        New York, NY 10017
                                        Telephone: (212) 856-9600
                                        Fax: (212) 856-9494
                                        abendavid@maglaw.com

                                        *Attorney for Defendant Neil Portnow*