## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 800-9460

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 29, 2024

**VIA ECF**

Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *Doe v. Portnow, et al.*, 24 Civ. 345 (AT)

Dear Judge Torres:

We are attorneys for Defendant Neil Portnow in the above-referenced matter. This action was originally filed in the Supreme Court of the State of New York, New York County, on November 8, 2023. The case was removed to this Court on January 17, 2024. (Dkt. #1). Mr. Portnow was never served in the state court action. Pursuant to an agreement with Plaintiff's counsel, Mr. Portnow has agreed to accept service of the Summons and Complaint effective today, January 29, 2024. Pursuant to Rule I(C) of this Court's Individual Rules of Practice, Mr. Portnow submits this letter motion to respectfully request an extension of time to file his response to the Complaint. Plaintiff's counsel consents to this request.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Mr. Portnow to respond to the Complaint is currently set for February 19, 2024. In light of Plaintiff's stated intention to move to remand and the Court's recently issued briefing schedule, Mr. Portnow respectfully requests an extension of time to file his response to the Complaint until seven (7) days following this Court's issuance of a decision on the remand motion. This request is consistent with the Court's January 23, 2024 endorsement of a similar application by Defendant National Academy of Recording Arts & Sciences, Inc. (Dkt. #11).

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Honorable Analisa Torres
January 29, 2024
Page 2

      This is Mr. Portnow's first request for an extension, and this request does not impact any currently scheduled deadlines.

                                        Respectfully yours,

                                        /s/ *Edward M. Spiro*
                                        Edward M. Spiro
                                        Catherine M. Foti
                                        Abbe R. Ben-David

cc:  All counsel (by ECF)