UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAA DOE,

                            Plaintiff,

     v.

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                          Defendants.

24 Civ. 345 (AT)

---

## DEFENDANT NEIL PORTNOW'S CONSENT TO REMOVAL

Defendant Neil Portnow, through his undersigned counsel, consents to the removal of *JAA Doe* v. *Neil Portnow, et al.*, Index No. 952242/2023, which was previously pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Mr. Portnow's consent was initially included as an exhibit to the removal papers submitted by Defendant National Academy of Recording Arts & Sciences, Inc. on January 17, 2024, prior to Mr. Portnow being served with the Summons and Complaint in this action. (*See* Dkt. #1 Ex. P). Counsel for Mr. Portnow accepted service of the Summons and Complaint on January 29, 2024. For the avoidance of doubt, Mr. Portnow submits this filing to reiterate his consent to removal.

Dated: New York, New York
          February 7, 2024

                                                  MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

                                                  By: __/s/ *Edward M. Spiro*_____
                                                          Edward M. Spiro
                                                          Catherine M. Foti
                                                          Abbe R. Ben-David
                                                 565 Fifth Avenue
                                                 New York, NY 10017
                                                 Tel: (212) 856-9600
                                                 espiro@maglaw.com
                                                 cfoti@maglaw.com
                                                 abendavid@maglaw.com

                                                 *Attorneys for Defendant Neil Portnow*