# EXHIBIT 2

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  23SMCV05799

TERRI MCINTYRE VS NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., ET AL.

**Filing Courthouse:**  Santa Monica Courthouse

**Filing Date:**  12/12/2023
**Case Type:**  Intentional Conduct - Sexual Abuse Case (in any form) (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**02/22/2024** at 08:30 AM in Department O at 1725 Main Street, Santa Monica, CA 90401
Hearing on Motion to be Admitted Pro Hac Vice

**06/10/2024** at 08:30 AM in Department O at 1725 Main Street, Santa Monica, CA 90401
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ANDERSON JEFFREY R. - Attorney for Plaintiff

GREENE CHARLES MICHAEL AKA C. MICHAEL GREENE AKA MIKE GREENE - Defendant

MCINTYRE TERRI - Plaintiff

NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES INC. AKA THE RECORDING ACADEMY A CORPORATION - Defendant

RECK MICHAEL - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

**02/13/2024** Notice (Notice of Non-Receipt of Opposition to Plaintiff's Application for Jeffrey R. Anderson to Appear as Counsel for Plaintiff Pro Hac Vice)
Filed by Terri McIntyre (Plaintiff)

**02/13/2024** Notice of Posting of Jury Fees
Filed by Terri McIntyre (Plaintiff)

**02/05/2024** Declaration (Re: Inability To Comply With Meet And Confer Requirement)
Filed by NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant)

**01/25/2024** Proof of Service (not Summons and Complaint)
Filed by Terri McIntyre (Plaintiff)

**01/25/2024** Application (to Appear as Counsel Pro Hac Vice for Plaintiff)
Filed by Terri McIntyre (Plaintiff)

**01/25/2024** Memorandum of Points & Authorities (in Support of Application for Jeffrey R. Anderson to Appear as Counsel Pro Hac Vice for Plaintiff)
Filed by Terri McIntyre (Plaintiff)

**01/25/2024** Declaration (of Michael Reck in Support of Motion to be Admitted Pro Hac Vice for Plaintiff)
Filed by Terri McIntyre (Plaintiff)

**01/25/2024** Motion to Be Admitted Pro Hac Vice
Filed by Jeffrey R. Anderson (Attorney); Terri McIntyre (Plaintiff)

**01/09/2024** Proof of Personal Service
Filed by Terri McIntyre (Plaintiff)

**12/13/2023** Notice of Case Management Conference
Filed by Clerk

**12/12/2023** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**12/12/2023** Voluntary Efficient Litigation Stipulation Packet
Filed by Clerk

**12/12/2023** First Amended General Order re: Mandatory Electronic Filing
Filed by Clerk

**12/12/2023** Alternate Dispute Resolution Packet
Filed by Clerk

**12/12/2023** Summons (on Complaint)
Filed by Terri McIntyre (Plaintiff)

**12/12/2023** Civil Case Cover Sheet
Filed by Terri McIntyre (Plaintiff)

**12/12/2023** Complaint
Filed by Terri McIntyre (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**02/13/2024** Notice of Posting of Jury Fees; Filed by: Terri McIntyre (Plaintiff)

**02/13/2024** Notice Notice of Non-Receipt of Opposition to Plaintiff's Application for Jeffrey R. Anderson to Appear as Counsel for Plaintiff Pro Hac Vice; Filed by: Terri McIntyre (Plaintiff)

**02/09/2024** Updated -- Application to Appear as Counsel Pro Hac Vice for Plaintiff: Name Extension changed from VERIFIED APPLICATION OF JEFFREY R. ANDERSON, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF to to Appear as Counsel Pro Hac Vice for Plaintiff

**02/09/2024** Updated -- Memorandum of Points & Authorities in Support of Application for Jeffrey R. Anderson to Appear as Counsel Pro Hac Vice for Plaintiff: Name Extension: in Support of Application for Jeffrey R. Anderson to Appear as Counsel Pro Hac Vice for Plaintiff

**02/09/2024** Updated -- Declaration of Michael Reck in Support of Motion to be Admitted Pro Hac Vice for Plaintiff: Name Extension changed from DECLARATION OF MICHAEL RECK IN SUPPORT OF MOTION FOR AN ORDER PERMITTING JEFFREY R. ANDERSON, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF to of Michael Reck in Support of Motion to be Admitted Pro Hac Vice for Plaintiff

**02/05/2024** Declaration Re: Inability To Comply With Meet And Confer Requirement; Filed by: NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant)

**01/26/2024** Hearing on Motion to be Admitted Pro Hac Vice scheduled for 02/22/2024 at 08:30 AM in Santa Monica Courthouse at Department O

**01/25/2024** Motion to Be Admitted Pro Hac Vice; Filed by: Jeffrey R. Anderson (Attorney); Terri McIntyre (Plaintiff); As to: Terri McIntyre (Plaintiff)

**01/25/2024** Declaration DECLARATION OF MICHAEL RECK IN SUPPORT OF MOTION FOR AN ORDER PERMITTING JEFFREY R. ANDERSON, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF; Filed by: Terri McIntyre (Plaintiff)

**01/25/2024** Memorandum of Points & Authorities; Filed by: Terri McIntyre (Plaintiff)

**01/25/2024** Application VERIFIED APPLICATION OF JEFFREY R. ANDERSON, ESQ. TO APPEAR AS COUNSEL PRO HAC VICE FOR PLAINTIFF; Filed by: Terri McIntyre (Plaintiff)

**01/25/2024** Proof of Service (not Summons and Complaint); Filed by: Terri McIntyre (Plaintiff)

**01/09/2024** Proof of Personal Service; Filed by: Terri McIntyre (Plaintiff); As to: NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant); Service Cost Waived: No; Service Cost: 50.00; Service Date: 01/04/2024

**12/13/2023** Case assigned to Hon. H. Jay Ford III in Department O Santa Monica Courthouse

**12/13/2023** Case Management Conference scheduled for 06/10/2024 at 08:30 AM in Santa Monica Courthouse at Department O

**12/13/2023** Notice of Case Management Conference; Filed by: Clerk

**12/12/2023** Complaint; Filed by: Terri McIntyre (Plaintiff); As to: NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant); Charles Michael Greene (Defendant)

**12/12/2023** Civil Case Cover Sheet; Filed by: Terri McIntyre (Plaintiff); As to: NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant); Charles Michael Greene (Defendant)

**12/12/2023** Summons on Complaint; Issued and Filed by: Terri McIntyre (Plaintiff); As to: NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC. (Defendant); Charles Michael Greene (Defendant)

**12/12/2023** Alternate Dispute Resolution Packet; Filed by: Clerk

**12/12/2023** First Amended General Order re: Mandatory Electronic Filing; Filed by: Clerk

**12/12/2023** Voluntary Efficient Litigation Stipulation Packet; Filed by: Clerk

**12/12/2023** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk