**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF NEW YORK**

| | |
|---|---|
| JAA DOE,<br><br>   *Plaintiff*,<br>v.<br><br>NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; DOES 1-5 whose identities are unknown to Plaintiff,<br><br>   *Defendants*. | Case No. 1:24-cv-00345-AT<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Counsel, the law firm of Jeff Anderson & Associates, respectfully moves for an Order permitting it to withdraw as counsel for Plaintiff, pursuant to Local Civil Rule 1.4.

Further, we respectfully request that the Court extend any impending deadlines to a later date sufficient to permit new counsel for Plaintiff to make appropriate filings or appearances.

Dated: New York, New York
    May 6, 2024

               */s/ Jeffrey R. Anderson*
               Jeffrey R. Anderson
               Trusha Goffe
               Nahid Shaikh
               **JEFF ANDERSON & ASSOCIATES, P.A.**
               363 7th Ave., 12th Floor
               New York, NY 10001
               Telephone: (646) 759-2551
               Email: *Jeff@AndersonAdvocates.com*
               Email: *Trusha@AndersonAdvocates.com*
               Email: *Nahid@AndersonAdvocates.com*

               *Counsel for Plaintiff*