

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 7, 2024

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

<u>By ECF and Email</u>

Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

Re: <u>*Doe v. Portnow, et al*</u>.; Civil Action No. 1:24-cv-00345 (AT)

Dear Judge Torres:

We represent Defendant National Academy of Recording Arts & Sciences, Inc. (the "Recording Academy") in the above-referenced matter and write in light of yesterday's filing of Plaintiff's Request for Voluntary Dismissal Without Prejudice (Dkt. 37). We are considering all relief and options potentially available to the Recording Academy and respectfully ask this Court to allow us time to further review Plaintiff's submission and the Recording Academy's response to her request. We respectfully request that the Court allow us until Tuesday, May 14, 2024 to provide the Recording Academy's position with respect to Plaintiff's request and that the Court take no action prior thereto.

Additionally, we respectfully request that this Court stay the pending deadlines in the interim, specifically, the May 13, 2024 deadline to file a joint letter, proposed case management plan, and whether the parties consent to proceed before a magistrate judge.

Respectfully submitted,


*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel of Record (by ECF)