**PROSKAUER ROSE LLP**
Elise M. Bloom, Esq.
Michelle A. Annese, Esq.
Eleven Times Square
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
ebloom@proskauer.com
mannese@proskauer.com

Lexie R. Reynolds, Esq.
One International Place
Boston, MA 02110
Tel: 617.526.9600
Fax: 617.526.9899
areynolds@proskauer.com

*Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JAA DOE,

                      Plaintiff,

        -against-

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                      Defendants.
---------------------------------------------------------------x

1:24 Civ. 00345 (AT)

**ECF CASE**

**CERTIFICATE OF SERVICE**

      I, Lexie R. Reynolds, of full age, hereby certify as follows:

      I am an attorney at law admitted in the States of New York and Massachusetts and am an associate at the law firm of Proskauer Rose, LLP, attorneys for Defendant National Academy of

Recording Arts & Sciences, Inc. (the "Recording Academy") in this matter.  On May 7, 2024, at approximately 4:30 PM, I caused a true and correct copy of the Recording Academy's Letter to the Court (Dkt. 40) to be served on Plaintiff JAA Doe via email.

Dated: Boston, Massachusetts
         May 8, 2024                                                         Respectfully submitted,

                                                                             */s/ Lexie R. Reynolds*
                                                                             Lexie R. Reynolds
                                                                             PROSKAUER ROSE LLP
                                                                             One International Place
                                                                             Boston, MA 02110
                                                                             Tel: 617.526.9600
                                                                             Fax: 617.526.9899
                                                                             areynolds@proskauer.com

                                                                             Elise M. Bloom
                                                                             Michelle A. Annese
                                                                             PROSKAUER ROSE LLP
                                                                             Eleven Times Square
                                                                             New York, New York 10036
                                                                             Tel. 212.969.3000
                                                                             Fax 212.969.2900
                                                                             ebloom@proskauer.com
                                                                             mannese@proskauer.com

                                                                             *Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*