```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/08/2024
```

# MORVILLO ABRAMOWITZ GRAND IASON

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 800-9460

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

May 7, 2024

**VIA ECF & EMAIL**
Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *Doe v. Portnow, et al.*, 24 Civ. 345 (AT)

Dear Judge Torres:

We are attorneys for Defendant Neil Portnow in the above-referenced action and, as set forth in the letter filed today by Defendant National Academy of Recording Arts & Sciences, Inc. (Dkt. #40), write to respectfully ask this Court to allow us time to further review Plaintiff's Request for Voluntary Dismissal Without Prejudice (Dkt. #37). Specifically, we request that the Court allow us until Tuesday, May 14, 2024, to provide Mr. Portnow's position with respect to Plaintiff's request and that the Court take no action regarding that application prior to that date.

Furthermore, we respectfully request that the Court stay the pending deadlines in the interim, specifically, Mr. Portnow's May 9, 2024 deadline to answer the Amended Complaint and the parties' May 13, 2024 deadline to file a joint letter, proposed case management plan, and indication of whether they consent to proceed before a magistrate judge.

Thank you for Your Honor's consideration in this matter.

---

GRANTED. By **May 14, 2024**, Defendants shall state their position as to Plaintiff's request for voluntary dismissal. The case is STAYED pending further order of the Court. The Clerk of Court is directed to terminate the motions at ECF Nos. 40 and 41.

SO ORDERED.

Dated: May 8, 2024
       New York, New York

ANALISA TORRES
United States District Judge