CERTIFICATE OF SERVICE

I certify that I served a copy of the document no. 37 Plaintiff 'Voluntary Dismissal without Prejudice' on the attorneys via Email on May 9, 2024, 8:59 PM :  Jeff Anderson <jeff@andersonadvocates.com>, Nahid Shaikh <nahid@andersonadvocates.com>, Trusha Goffe <Trusha@andersonadvocates.com>

s/JAA Doe
5/12/2024

JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT

CERTIFICATE OF SERVICE


I certify that I served a copy of the document no. 44 Re: re: Notice of Opposition to Defendant's Neil Pornows Motion for Extension of Time' on the attorneys via Email on May 10, 2024, 2:37 PM Jeff Anderson <jeff@andersonadvocates.com>, Nahid Shaikh <nahid@andersonadvocates.com>, Trusha Goffe <Trusha@andersonadvocates.com>


s/JAA Doe
5/12/2024


JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT

CERTIFICATE OF SERVICE


I certify that I served a copy of the document no. 45. re: Notice of Opposition to Defendant's The Academy's Motion for Extension of Time on the attorneys via Email May 10, 2024, 2:37 PM :
Jeff Anderson <jeff@andersonadvocates.com>, Nahid Shaikh
<nahid@andersonadvocates.com>, Trusha Goffe <Trusha@andersonadvocates.com>



s/JAA Doe
5/12/2024


JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT