CERTIFICATE OF SERVICE

I certify that I served a copy of 'NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)l' on the defendant via Email on Sun, May 12, 2:23 PM : "Reynolds,
Alexandra Lexie" <AReynolds@proskauer.com>, "Bloom, Elise M." <ebloom@proskauer.com>,
Annese, Michelle A.", <MAnnese@proskauer.com>

s/JAA Doe
5/13//2024

JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT

CERTIFICATE OF SERVICE

I certify that I served a copy of  'NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)I' on the defendant via Email onSun, May 12, 2:23 PM "Edward M.
Spiro" <espiro@maglaw.com>.


s/JAA Doe
5/13//2024


JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT

CERTIFICATE OF SERVICE

I certify that I served a copy of this file 'Response to Jeff Anderson's 'Motion and Motion to Withdraw as Counsel'  on the defendant via Email on May 13, 2024, 3:50 PM : "Reynolds, Alexandra Lexie" <AReynolds@proskauer.com>, "Bloom, Elise M." <ebloom@proskauer.com>, Annese, Michelle A.", <MAnnese@proskauer.com>

s/JAA Doe
5/13/2024


JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT

CERTIFICATE OF SERVICE


I certify that I served a copy of this file 'Response to Jeff Anderson's 'Motion and Motion to Withdraw as Counsel' on the defendant via Email on May 13, 2024, 3:50 PM : "Edward M. Spiro" <espiro@maglaw.com>.

s/JAA Doe
5/13/2024


JAA Doe,
The Plaintiff
Case No.: 1:24-cv-00345 AT