**PROSKAUER ROSE LLP**
Elise M. Bloom, Esq.
Michelle A. Annese, Esq.
Eleven Times Square
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
ebloom@proskauer.com
mannese@proskauer.com

Lexie R. Reynolds, Esq.
One International Place
Boston, MA 02110
Tel: 617.526.9600
Fax: 617.526.9899
areynolds@proskauer.com

*Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JAA DOE,

                Plaintiff,

      -against-

NEIL PORTNOW; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; and DOES 1-5 whose identities are unknown to Plaintiff,

                Defendants.

-----------------------------------------------------------x

1:24 Civ. 00345 (AT)

**ECF CASE**

**CERTIFICATE OF SERVICE**

      I, Lexie R. Reynolds, of full age, hereby certify as follows:

      I am an attorney at law admitted in the States of New York and Massachusetts and am an associate at the law firm of Proskauer Rose, LLP, attorneys for Defendant National Academy of

Recording Arts & Sciences, Inc. (the "Recording Academy") in this matter. On May 14, 2024, at approximately 3:00 PM, I caused a true and correct copy of the Recording Academy's Letter to the Court (Dkt. 53) to be served on Plaintiff JAA Doe via email.

Dated: Boston, Massachusetts
       May 15, 2024                                   Respectfully submitted,

                                                         */s/ Lexie R. Reynolds*
                                                         Lexie R. Reynolds
                                                         PROSKAUER ROSE LLP
                                                         One International Place
                                                         Boston, MA 02110
                                                         Tel: 617.526.9600
                                                         Fax: 617.526.9899
                                                         areynolds@proskauer.com

                                                         Elise M. Bloom
                                                         Michelle A. Annese
                                                         PROSKAUER ROSE LLP
                                                         Eleven Times Square
                                                         New York, New York 10036
                                                         Tel. 212.969.3000
                                                         Fax 212.969.2900
                                                         ebloom@proskauer.com
                                                         mannese@proskauer.com

                                                         *Attorneys for Defendant National Recording Academy of Recording Arts & Sciences, Inc.*